UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MARTIN J. WALSH, Secretary of Labor, United :
States Department of Labor,                  :      21 Misc. 381 (LGS)
                         Petitioner,           :
:      ORDER
        -against-                            :
:
METLIFE, INC.,                               :
                         Respondent.           :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Petitioner has filed a petition to enforce an administrative subpoena on Respondent and has certified service of that petition on Respondent. Accordingly, it is hereby

       **ORDERED** that by **April 20, 2021**, Respondent shall file any opposition. By **April 27, 2021**, Petitioner shall file any reply. All submissions shall be per the Individual Rules. It is further

       **ORDERED** that by **April 6, 2021**, Petitioner shall serve a copy of this Order on Respondent and file proof of service.

Dated: April 1, 2021
       New York, New York

                                     LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE