| | | |
|---|---|---|
| **U.S. Department of Labor**<br>**Office of the Solicitor** | 201 Varick Street, Room 983<br>New York, NY 10014 | |
| Reply to the Attention of: | Alexander M. Kondo<br>(646) 264-3652<br>kondo.alexander.m@dol.gov | |



May 18, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    Re:    *Walsh v. MetLife, Inc.*
              21 Misc. 381 (PGG)

Dear Judge Gardephe,

       Petitioner Martin J. Walsh, Secretary of Labor, U.S. Department of Labor (the "Secretary") submits this status letter regarding the Secretary's Petition to Enforce Administrative Subpoena ("Petition"), which is currently pending before the Court. After MetLife reneged on an earlier promise to produce relevant documents, EBSA issued the subject subpoena on January 5, 2021. The issues in this matter were fully briefed as of one year ago, when the Secretary filed his reply on May 18, 2021. Until this Court orders MetLife to comply with the subpoena, EBSA's investigation will be stymied, and the limitation period will continue to run. To avoid prejudice to EBSA, the Secretary respectfully requests that the Court grant the Secretary's Petition expeditiously.

Respectfully submitted,

*s/ Alexander M. Kondo*
Alexander M. Kondo
Senior Trial Attorney