**U.S. Department of Labor**     Office of the Solicitor
201 Varick Street, Room 983
New York, N.Y. 10014



November 4, 2022

**BY ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    Re:     *Walsh v. MetLife, Inc.*
                 21 Misc. 381 (PGG)

Dear Judge Gardephe,

    Martin J. Walsh, Secretary of Labor, U.S. Department of Labor hereby requests a status conference regarding his petition to enforce administrative subpoena [dkt. 1], which has been fully briefed and pending before this Court since May 2021.

                                            Respectfully submitted,

                                            Jeffrey S. Rogoff
                                            Regional Solicitor

By:       /s
      Michael R. Hartman
      Counsel for ERISA

cc: Counsel of record (via ECF)