UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

          Petitioner,

- against -

METLIFE, INC.,

          Respondent.

**ORDER**

21 Misc. 381 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that there will be a hearing in this matter on **August 15, 2023, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       August 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge