

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

August 7, 2023

VIA ECF

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Secretary of Labor, United States Department of Labor v. MetLife, Inc.*, No. 21 Misc. Civ. 381 (PGG)

Dear Judge Gardephe:

Pursuant to Rule 1.E of the Court's Individual Rules, MetLife, Inc. ("MetLife"), respectfully requests to adjourn the hearing in the above-referenced matter for approximately one week.  MetLife requests that the hearing, which is currently scheduled for August 15, 2023, be adjourned to either August 24, 2023 or August 25, 2023.  The adjournment is needed because lead counsel for MetLife is unavailable on the currently scheduled date.  The Secretary of Labor consents to this adjournment.

Respectfully submitted,

/s/  Maeve O'Connor

cc:   All counsel (via ECF)


**MEMO ENDORSED:**

The application is denied.  The hearing will proceed on the scheduled date.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated:  August 9, 2023