UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN J. WALSH, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>      Petitioner,<br><br>  - against -<br><br>METLIFE, INC.,<br><br>      Respondent. | **ORDER**<br><br>21 Misc. 381 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

  For the reasons stated at today's hearing, the petition to enforce the subpoena (Dkt. No. 8) is granted.

  Respondent will begin producing responsive documents by **August 22, 2023**. The Court understands that production will occur on a rolling basis, and it is the Court's expectation that the parties will consult and work together to produce the responsive documents as soon as is reasonably practicable.

  The Clerk of Court is directed to close the case.

Dated: New York, New York
    August 15, 2023

              SO ORDERED.

              _____
              Paul G. Gardephe
              United States District Judge